# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Dennis Roger Van Dyke,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15cv95 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Patrick Bell, D.A., Rutherford** | ) | |
| **County Superior Court, et al.,** | | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2015 Order.

May 22, 2015

*Frank D. Johns*